# EXHIBIT A

# Angeion Group Project Proposal Schedule of Fees and Charges



**Case/Project Name:** *Annoreno, et al., v Claire's Stores, Inc.*
**Type of Case:** Employment
**Submission Date:** October 30, 2019
**Firm(s) Submitted to:** Foote, Mielke, Chavez & O'Neil, LLC
**Firm(s) Contact:** Elizabeth C. Chavez, Esq.
**Angeion Representative:** Christian Clapp, Esq., Steven Weisbrot, Esq. & Christopher Chimicles, MBA

| Case Management Fee | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Includes case set-up costs, data management fees and other applicable fees | 1 | One-Time Fee | 2,500.00 | 1,000.00 |
| *Est. Class Size: 2,400* | | | **SUBTOTAL** *Discounted Rate* | **1,000.00** |

| Angeion Reporting Requirements | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Drafting court documents, affidavits, and status reports to counsel. | 16 | Per Hour | 135.00 | 2,160.00 |
| Additional reporting (e.g. class member address updates & other class member reporting reqs.) | 4 | Per Hour | 75.00 | 300.00 |
| | | | **SUBTOTAL** | **2,460.00** |

| Distribution and Post Distribution | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| *Assumes Counsel will provide initial settlement calculations.* | | | | |
| Generate Distribution list & Post Distribution Services | 26 | Per Hour | 100.00 | 2,600.00 |
| Settlement Calculations (estimated number of hours) - including calculating the gross settlement amounts for each claimant, if required | - | Per Hour | 125.00 | - |
| Checks to Eligible Class Members, *includes personalized cover letter.* | 2,400 | Per Check | 2.75 | 6,600.00 |
| Postage estimate for mailing checks* | 2,400 | Per Check | 0.50 | 1,200.00 |
| Process checks returned as undeliverable (includes data entry) - *est. 10%* | 240 | Per Check | 2.00 | 480.00 |
| Address Verification (Skip tracing) assuming a 80% hit rate | 192 | Per Hit | 0.75 | 144.00 |
| Print reissued checks (sent in 1 to 2 batches) | 192 | Per Check | 4.50 | 864.00 |
| Postage estimate for mailing reissued checks* | 192 | Per Check | 0.50 | 96.00 |
| TIN Matching, if required | - | Per Hour | 75.00 | - |
| | | | **SUBTOTAL** | **11,984.00** |

| Call Center Requirements | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Set-up, design and implementation of IVR (Integrated Voice Response) | 1 | One-Time Fee | 950.00 | 950.00 |
| "IVR" Operating System (estimated number of minutes) | 750 | Per Minute | 0.24 | 180.00 |
| Monthly Maintenance Fee is $55.00 if minimum usage time does not meet threshold | - | Per Month | 55.00 | - |
| Transcription Services (reporting once per week) for address updates, call backs and notice requests | - | Per Week | 55.00 | - |
| Per Transcription | - | Per Trans. | 2.00 | - |
| | | | **SUBTOTAL** | **1,130.00** |

# Angeion Group Project Proposal Schedule of Fees and Charges



| | |
|---|---|
| **Case/Project Name:** | *Annoreno, et al., v Claire's Stores, Inc.* |
| **Type of Case:** | Employment |
| **Submission Date:** | October 30, 2019 |
| **Firm(s) Submitted to:** | Foote, Mielke, Chavez & O'Neil, LLC |
| **Firm(s) Contact:** | Elizabeth C. Chavez, Esq. |
| **Angeion Representative:** | Christian Clapp, Esq., Steven Weisbrot, Esq. & Christopher Chimicles, MBA |

| Tax Return | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Tax return for the QSF | 1 | Per Return | 1,500.00 | 1,500.00 |
| State & Federal Registrations for 50 **states** and W2's **(includes miscellaneous tax work associated with registration in NJ and CA)** | 1 | One-Time Fee | 9,975.00 | 9,975.00 |
| Printing W2's | 2,352 | Per Form | 1.25 | 2,940.00 |
| Postage estimate for W2s* | 2,352 | Per Form | 0.50 | 1,176.00 |
| Printing 1099s for service awards, if required | - | Per Form | 4.50 | - |
| Postage estimate for 1099s (W2 and 1099 cannot be mailed together)* | - | Per Form | 0.50 | - |
| *Cy pres* Distribution (if required) | 2 | Per Hour | 150.00 | 300.00 |
| | | | **SUBTOTAL** | **15,891.00** |

| Other Relevant Costs | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Sales tax if applicable | | Estimated | NO CHARGE | NO CHARGE |
| Photocopying | 240 | Per Page | 0.08 | 19.20 |
| Scanning of all documents | | | | |
| Document Storage (estimated for 60 months) (estimate 2500 documents per bankers box) | 1 | Per Box/Month | 1.95 | 23.40 |
| Image Storage (estimated for 12 months) | 240 | Per Image/Month | 0.009 | 25.92 |
| | | | **SUBTOTAL** | **68.52** |

| | |
|---|---|
| **ESTIMATED PROJECT FEES & COSTS (excl. postage)** | **30,062** |
| **ESTIMATED POSTAGE COSTS** | **2,472** |
| **TOTAL ESTIMATED COSTS** | **32,534** |

*All media/notification costs (includes media/printing/postage/email campaign) must be paid 14 days prior to the inception of the program.*

Check printing costs are an estimate and are based upon volume, number of pages or other parameters. Pricing may increase or decrease if the volume, number of pages or other variable factors are altered.

The estimated hours listed in this proposal for services performed are minimum hourly estimates. Any additional time will be billed at the rates quoted in this proposal.

Postage is an estimate.