# EXHIBIT A

# Cost report for Annoreno, et al. v. Claire's Stores, Inc., et al.

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 10/8/2014 | | | Class Action Filing Fee - paid by AMEX | $400.00 | |
| 10/14/2014 | Advanced clien | Metro Clerking | Delivery of courtesy copies - Amended complaint | $35.00 | |
| 10/20/2014 | Advanced clien | Judicial Attorney Servic | Process Service Fee | $80.00 | |
| 4/6/2015 | Advanced clien | Metro Clerking | Courtesy Copies | $51.00 | |
| 4/8/2015 | | | 1.15.15 Parking | $41.00 | |
| 4/8/2015 | | | 1.20.15 Parking | $31.00 | |
| 4/8/2015 | | | 3.24.15 Parking | $31.00 | |
| 4/14/2015 | | Peter Currie | 4/14/15 court appearance parking fee | $41.00 | |
| 4/20/2015 | Advanced clien | Veritext | Deps of: Allison Cleary, Carolina Ballines, and Jane Marie Collins. | $389.40 | |
| 5/5/2015 | Advanced clien | Veritext Midwest | Transcripts - Linda Annoreno and Rebecca Perez | $801.60 | |
| 6/1/2015 | Advanced clien | Metro Clerking | Delivery of courtesy copies (Reply in Support of Motion for Class Members) | $35.00 | |
| 6/5/2015 | Advanced clien | Network Court Reportin | Cancellation of Bohr's Dep | $350.00 | |
| 6/26/2015 | Advanced clien | Blanca I. Lara United S | 6/18/15 Proceedings trans | $38.80 | |
| 7/16/2015 | Advanced clien | USPS | Postage for notice mailings and return envelopes | $3,934.70 | |
| 7/17/2015 | Advanced clien | Tuttle Printing & Engrav | Envelope Order for Notices | $976.00 | |
| 7/28/2015 | Advanced clien | Metro Clerking | Delivery of courtesy copies | $45.00 | |
| 8/10/2015 | Client Costs Ex | Fedex | 7/22/15 & 7/24/15 Fed Ex of consents to USDC | $34.78 | |
| 8/11/2015 | Client Costs Ex | Fedex | 8/11/14 Fed Ex to IL ND | $17.22 | |
| 9/2/2015 | Client Costs Ex | Fedex | 8/18/15 Fed Ex to ND IL | $17.22 | |
| 9/3/2015 | Advanced clien | Blanca I. Lara United S | 6.18.15 transcript of proceedings | $48.40 | |
| 9/17/2015 | Advanced clien | Fedex | 9/1/15 Fed Ex to Northern Dist Court | $17.22 | |
| 9/23/2015 | Advanced clien | Fedex | 9/4/15 Fed Ex to ND | $17.22 | |
| 9/24/2015 | Advanced clien | Bianca I. Lara United S | 9.9.15 transcript of proceedings | $16.80 | |
| 10/7/2015 | Advanced clien | Metro Clerking | Filing brief and exhibits. | $65.00 | |
| 10/19/2015 | Advanced clien | Metro Clerking | Courtesy Copy - brief | $35.00 | |
| 12/3/2015 | | Peter Currie | 11.17.15 parking - status hearing | $31.00 | |
| 2/18/2016 | Advanced clien | A.B. DATA, LTD. | Consent forms management | $22,578.26 | |
| 3/17/2016 | Advanced clien | A.B. DATA, LTD. | Consent to join forms management | $9,838.34 | |
| 5/11/2016 | Advanced clien | A.B. DATA, LTD. | Consent to joint form management | $11,276.99 | |
| 5/20/2016 | Advanced clien | A.B. DATA, LTD. | Receipt and processing of undeliverable mail. Consent to join form management. | $952.88 | |
| 8/9/2016 | | Peter Currie | 7/12/16 Parking | $31.00 | |
| 2/8/2017 | | Peter Currie | 11/22/16 Parking | $31.00 | |
| 11/6/2017 | Advanced clien | Metro Clerking | Letter to Judge Gilbert - Summary of Settlement | $35.00 | 5475 |
| 12/11/2019 | | Dearborn Parking | Claire's Status Parking | $15.00 | |

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 2/4/2020 | | parkchirpcom | ECC parking for 1.28.20 status | $25.00 | |
| | | | **TOTAL COST** | **$52,363.83** | |

**Total Cost By Account**

$52,363.83

# Angeion Group Project Proposal Schedule of Fees and Charges

**Case/Project Name:** Annoreno, et al., v Claire's Stores, Inc.
**Type of Case:** Employment
**Submission Date:** October 30, 2019 - REVISED 2.19.20
**Firm(s) Submitted to:** Foote, Mielke, Chavez & O'Neil, LLC
**Firm(s) Contact:** Elizabeth C. Chavez, Esq.
**Angeion Representative:** Christian Clapp, Esq., Steven Weisbrot, Esq. & Christopher Chimicles, MBA

### Case Management Fee

Includes case set-up costs, data management fees, consulting and other applicable fees

Est. Class Size: 2,433

| | TOTAL ($) |
|---|---|
| | 2,700 |

### Distribution and Post Distribution

| | TOTAL ($) |
|---|---|
| Distribution & Post Distribution | 15,624 |

### Tax Return, Reporting Requirements & Other Relevant Costs

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| State & Federal registrations, tax reporting, tax opinion Angeion reporting requirements & other relevant costs | | | 12,669 |

| | |
|---|---|
| **ESTIMATED PROJECT FEES & COSTS (excl. postage)** | 28,623 |
| **ESTIMATED POSTAGE COSTS** | 2,370 |
| **TOTAL ESTIMATED COSTS** | 30,993 |

*All media/notification costs (includes media/printing/postage/email campaign) must be paid 14 days prior to the inception of the program.*

Check printing costs are an estimate and are based upon volume, number of pages or other parameters. Pricing may increase or decrease if the volume, number of pages or other variable factors are altered.

The estimated hours listed in this proposal for services performed are minimum hourly estimates. Any additional time will be billed at the rates quoted in this proposal.

*Postage is an estimate.

PROPRIETARY AND CONFIDENTIAL (PAGE 1)