# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Linda Annoreno, et al.

                            Plaintiff,

v.                                                  Case No.: 1:14–cv–07744
                                                         Honorable John Z. Lee

Claire's Stores, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2020:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 3/10/20. For the reasons stated on the record, Plaintiffs' motion to certify the collective allocate and distribute gross bankruptcy funds to Plaintiffs [152] is granted. The request for attorneys' fee and costs and service awards in the amount of $1500.00 to each Plaintiff is granted. Status hearing set for 7/9/20 at 9:00 a.m. Civil case terminated. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.